| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Wilkinson, III., J H | 2. Court or Organization<br>4th US Circuit Ct of Appeals | 3. Date of Report<br>4/27/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; mngistrate judges indicate full- or part-time)<br>U. S. Circuit Judge | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>255 W. Main Street Rm. 230<br>Charlottesville, Va. 22902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I will receive no salary from my former employer, the University of VA Law School. There will be no continuing participation in any benefit plan (cntd Part 8) |

RECEIVED Mar 12 12 13 PM '04 FINANCIAL DISCLOSURE OFFICE

## III.  NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A.  Filer's Non-Investment Income

■ **NONE**  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B.  Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE**  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV.  REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE**  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Paradigm Management Company | Guarantor on year to year lease | J |
| 2. | Dittmar Company | Guarantor on year to year lease | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III., J H | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust # 1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| 3. BellSouth Corp. Common Stock | B | Dividend | L | T | | | | | |
| 4. Deere & Co. Common Stock | B | Dividend | M | T | | | | | |
| 5. DuPont E I De Nemours & Co. Common Stock | C | Dividend | L | T | | | | | |
| 6. Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 7. General Electric Co Corp Common Stock | C | Dividend | M | T | | | | | |
| 8. Gillette Co Common Stock | C | Dividend | L | T | | | | | |
| 9. Hewlett Packard Common Stock | B | Dividend | M | T | | | | | |
| 10. Lilly Eli & Company Common Stock | B | Dividend | L | T | | | | | |
| 11. Media Gen Inc Cl A Commo Stock | A | Dividend | K | T | | | | | |
| 12. Proctor & Gamble Common Stock | B | Dividend | M | T | | | | | |
| 13. Providence & Worcester RR Co Common Stock | A | Dividend | K | T | | | | | |
| 14. Royal Dutch Pete Co NY Registry Shs Par N GLDR 1.25 | B | Dividend | L | T | | | | | |
| 15. Schering Plough Corp Common Stock | B | Dividend | L | T | | | | | |
| 16. Wyeth Labs Common Stock | B | Dividend | L | T | | | | | |
| 17. STI CLASSIC Fd-Growth & Income Trust Shares | A | Dividend | M | T | | | | | |
| 18. STI CLASSIC Fd-SM Cap Growth Trust Shares | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III., J H | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. STI CLASSIC Fd-SM Cap Value Trust Shares | A | Dividend | J | T | | | | | |
| 20. STI CLASSIC Fd-Intl Equity Fd Trust Shares | A | Dividend | K | T | | | | | |
| 21. STI CLASSIC Fd-Cap Apprec Trust Shares | A | Dividend | M | T | | | | | |
| 22. STI CLASSIC Fd-Cap Apprec Trust Shares | A | Dividend | | | partial buy | 10/31 | K | | |
| 23. STI CLASSIC Fd-Info & Tech FD Trust Shares | A | None | K | T | | | | | |
| 24. STI CLASSIC Fd-Va Inter Muni Bd Trust Shares | D | Interest | N | T | | | | | |
| 25. STI CLASSIC Fd-Va Inter Muni Bd Trust Shares | D | Interest | | | Sell | 12/18 | J | B | |
| 26. STI CLASSIC Fd-Va Muni Bond Trust Shares | C | Interest | L | T | | | | | |
| 27. STI CLASSIC Fd-Va Muni Bond Trust Shares | C | Interest | | | Sell | 12/18 | J | B | |
| 28. STI CLASSIC Fd-Va Tax-Free Money Market Trust Shares | A | Interest | K | T | | | | | |
| 29. | | | | | | | | | |
| 30. IRA #1 | B | Dividend | L | T | | | | | |
| 31. | | | | | | | | | |
| 32. Trust #2 | | | | | | | | | |
| 33. Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| 34. Bellsouth Corp BLS Group Common Stock | A | Dividend | K | T | | | | | |
| 35. Du Pont E I DeNemours & Co Common Stock | A | Dividend | K | T | | | | | |
| 36. Duke Energy Corp Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III., J H | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Hewlett Packard Common Stock | A | Dividend | K | T | | | | | |
| 38. Jefferson Pilot Corp Common Stock | D | Dividend | N | T | | | | | |
| 39. Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 40. Royal Dutch Pete Co NY Reg Shr Par N GLDR 1.25 | A | Dividend | K | T | | | | | |
| 41. Schering Plough Corp Common Stock | A | Dividend | K | T | | | | | |
| 42. Wyeth Labs Common Stock | A | Dividend | K | T | | | | | |
| 43. STI CLASSIC Fd-VA Inter Muni Bd Trust Shares | B | Interest | K | T | | | | | |
| 44. STI CLASSIC Fd-Growth & Income Trust Shares | A | Dividend | L | T | | | | | |
| 45. STI CLASSIC Fd-Cap Apprec Trust Shares | A | Dividend | M | T | | | | | |
| 46. STI CLASS Fd-Info & Tech Trust Shares | A | Dividend | J | T | | | | | |
| 47. STI CLASSIC Fd-VA Tax-Free Money Market Trust Shares | A | Interest | K | T | | | | | |
| 48. | | | | | | | | | |
| 49. Deposit Accounts | | | | | | | | | |
| 50. SunTrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 51. SunTrust Bank Checking #1 | A | None | J | T | | | | | |
| 52. SunTrust Bank Checking #2 | A | None | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. (T) Trust #3 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III., J H | 4/27/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. (T)Agilent Technologies Inc Common Stock | A | Dividend | | | Sell | 07/01 | J | D | |
| 56. (T)Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |
| 57. (T)* Altria Group Inc Common Stock | D | Dividend | M | T | | | | | |
| 58. (T) Altria Group Inc Common Stock | D | Dividend | | | partial sell | 07/01 | K | D | |
| 59. (T) AT&T Corp Common Stock | A | Dividend | | | Sell | 07/01 | J | C | |
| 60. (T) AT&T Wireless Svsc Inc Common Stock | A | Dividend | | | Sell | 07/01 | J | C | |
| 61. (T) Coca Cola Co Common Stock | A | Dividend | K | T | | | | | |
| 62. (T) Comcast Corp Common Stock | A | Dividend | | | Sell | 07/01 | K | D | |
| 63. (T) Deere & Co Common Stock | C | Dividend | M | T | | | | | |
| 64. (T) Du Pont E I De Nemours & Co Common Stock | C | Dividend | M | T | | | | | |
| 65. (T) Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 66. (T) General Electric Co Common Stock | C | Dividend | M | T | | | | | |
| 67. (T) General Electric Co Common Stock | C | Dividend | | | partial sell | 07/01 | K | E | |
| 68. (T) Hewlett Packard Common Stock | B | Dividend | L | T | | | | | |
| 69. (T) J M Smucker Co Common Stock | A | Dividend | | | Sell | 07/01 | J | A | |
| 70. (T) Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| 71. (T) Procter & Gamble Co Common Stock | C | Dividend | M | T | | | | | |
| 72. (T) Royal Dutch Pete Co NY Reg Shr Par N Gldr 1.25 | C | Dividend | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 5

Name of Person Reporting.
Wilkinson, III., J H

Date of Report
4/27/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. (T) SunTrust Bank Inc Common Stock | D | Dividend | N | T | | | | | |
| 74. (T) SunTrust Bank Inc Common Stoc | D | Dividend | | | partial sell | 07/01 | K | E | |
| 75. (T) STI CLASSIC Fd-Growth & Income Fd Trust Shares | A | Dividend | L | T | | | | | |
| 76. (T) STI CLASSIC Fd-Cap Apprec Trust Shares | A | Dividend | L | T | | | | | |
| 77. (T) STI CLASSIC Fd-Cap Apprec Trust Shares | A | Dividend | | | partial buy | 07/08 | L | | |
| 78. (T) STI CLASSIC Fd-Va Tax-Free Money Market Fd Trust Shares | A | Interest | L | T | | | | | |
| 79. (T) STI CLASSIC Fd-Va Inter Muni Bond Trust Shares | E | Interest | N | T | | | | | |
| 80. (T) STI CLASSIC Fd-VA Inter Muni Bond Trust Shares | E | Interest | | | partial buy | 12/18 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

# VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part 2: Parties and Terms Re: I will rec, contd....provided by the University although past pension benefits are vested.   My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 mo. of leaving the University. The mortgage was paid in full 02/09/1985.

Deposit Accounts ▮▮▮▮▮▮ Both ▮▮▮▮▮▮ were empoyed full time for the year 2003 and thus are no longer listed as dependents during that period.

(T)  On the death of ▮▮▮▮▮▮ (August 16, 1990), a trust was created titled ▮▮▮▮▮▮▮▮▮▮▮ Irrevocable Trust. ▮▮▮▮▮▮ and SunTrust Bank, formerly Crestar Bank, are the Co-Trustee's.  Within that trust there are two undivided shares, a ▮▮▮▮ share and a ▮▮▮▮ share.  The nature of my interest in the trusts is as follows:

With respect to he ▮▮▮▮ Trust, may ▮▮▮▮ is the sole beneficiary of that trust during her lifetime.   Upon her death, whatever remains in the ▮▮▮▮ Trust is to be added to the ▮▮▮▮ Trust.   My ▮▮▮▮ and I have equal future interest  in the Marital Trust.

With respect to the ▮▮▮▮ Trust, the corporate trsutee has sole discretion to distribute trust income and principal to ▮▮▮▮ ▮▮▮▮ and me, and our respective ▮▮▮▮ and ▮▮▮▮ Distributions must be deemed necessary for a distributee's health, support, or maintenance. ▮▮▮▮ and I are each potential current beneficiaries of the ▮▮▮▮ Trust.

The corporate trustee informs me that as of the end of this reporting period the division has not been made.

* Philip Morris- had corporate name change to Altria Group.

## K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544